[No. 4093. Decided January 18, 1902.]

STATE OF WASHINGTON on the Relation of Charles L. Taylor, Respondent, v. MARTIN CUMMINGS, Appellant.

APPEAL — DISMISSAL — CESSATION OF CONTROVERSY.

Where the term of office has expired which was involved in a contest over the right thereto, an appeal from the judgment in the cause will be dismissed, on the ground of there being no subject matter on which the judgment of the supreme court can operate.

Appeal from Superior Court, King County.—Hon. WILLIAM R. BELL, Judge. Appeal dismissed.

*R. H. Lindsay* and *Preston, Carr & Gilman,* for appellant.

*Wilmon Tucker* and *Ivan L. Hyland,* for respondent.

PER CURIAM.—This is a contest between the relator and respondent over an election, involving the right to the office of road supervisor in road district No. 19 of King county, state of Washington, for the term of one year, to commence on the first Tuesday of January, 1901. Inasmuch as the term of office has expired, and there is no subject matter upon which the judgment of this court can operate, this cause will be dismissed under the rule announced in *State ex rel. Daniels v. Prosser,* 16 Wash. 608

(48 Pac. 262); *State ex rel. Coiner v. Wickersham,* 16 Wash. 161 (47 Pac. 421); and *Hice v. Orr,* 16 Wash. 163 (47 Pac. 424).